**STATE of Missouri, Respondent,**

**v.**

**Irvin M. BROWN, Appellant.**

**No. WD 36220.**

Missouri Court of Appeals,
Western District.

April 1, 1986.

Lee M. Nation, Kansas City, for appellant.

William L. Webster, Atty. Gen., Kansas City, John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before DIXON, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from a court-tried conviction for stealing over $150, § 570.030 R.S.Mo.Supp. 1984, and a sentence as a persistent offender § 558.016 R.S.Mo.Supp.1984, to six years confinement in the Missouri Division of Corrections.

Judgment affirmed. Rule 30.25(b).